# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:13cv238

| | | |
|---|---|---|
| **TERRY LEE MCENTRYE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DUDLEY GREEN, JAMES A MANIS,** | ) | |
| **and TT ATKINSON, JR.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion Asking the Court to Deny

Defendant's Motion Extension of Time to Answer [# 13]. Having previously

granted Defendant's motion, and seeing nothing in the Plaintiff's motion to cause

the Court to reconsider its prior ruling, the Court **DENIES as moot** Plaintiff's

motion [# 13].

Signed: December 17, 2013

Dennis L. Howell
United States Magistrate Judge

-1-