IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 238

| | |
|---|---|
| **TERRY LEE McENTYRE,** | ) |
| | ) |
|     Plaintiff | ) |
| | )    **ORDER** |
| v | ) |
| | ) |
| **DUDLEY GREENE and JAMES A. MANIS,** | ) |
| | ) |
|     Defendants. | ) |

**THIS MATTER** has come before the undersigned pursuant to two Joint Rule 26(f) Reports (#30 & #31) each filed by the Plaintiff and the Defendants respectively. In the Rule 26(f) Report (#30) filed on August 19, 2014 the Plaintiff requests a conference with the Court prior to the entry of the scheduling order and in the Report (#31) filed by the Defendants, the Defendants do not request a conference with the Court. An examination of the reports shows that the parties are agreeing that discovery shall be completed prior to October 31, 2014 which is an extraordinarily short period of time. As a request of the different requests and the unusual request contained in the reports the undersigned will set a hearing in regard to entering a scheduling order.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that a hearing is scheduled for **Friday, September 5, 2014 at 10:00 a.m**. in courtroom #2 of the United States Courthouse in Asheville, North Carolina for the purpose of hearing the parties in regard to the entry of a Pretrial Order and Case Management Plan. The Plaintiff and counsel for the Defendants are required to be present for the hearing.

Signed: August 26, 2014

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge