IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 238

| | |
|---|---|
| TERRY LEE McENTYRE, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| DUDLEY GREENE and JAMES A. ) | |
| MANIE, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the undersigned pursuant to a document filed by the Plaintiff entitled "Discovery Plan" (#36). Although the Plaintiff does not cite any rule of civil procedure or any local rule, it appears that the Plaintiff may be attempting to present a plan for discovery as provided by Rule 26(f) of the Federal Rules of Civil Procedure. The filing of this document at this time is unnecessary. The undersigned has already directed the parties to provide a Certification of Initial Attorney's Conference and Discovery Plan and further, held a conference with the parties in regard to their respective plans on September 5, 2014. As a result of that conference the undersigned has entered a Pretrial Order and Case Management Plan (#35). A reading of the "Discovery Plan" (#36) shows that it does not comply with Rule 26(f)(3) and the document should be stricken from the file in this matter.

1

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the document entitled "Discovery Plan" (#36) is ordered to be **STRICKEN** from the file in this matter.

Signed: November 10, 2014

Dennis L. Howell
United States Magistrate Judge