# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv238

| | |
|---|---|
| TERRY LEE MCENTYRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DUDLEY GREENE, et al., ) | |
| ) | |
| Defendants. ) | |

Trial is currently set for August 31, 2015, in this case. In light of the pending Motion for Summary Judgment that may alleviate the need for a trial in these proceedings, the Court **CONTINUES** the trial in this case. If the Court denies the Motion for Summary Judgment, the Court will re-set this case for trial at that time.

Signed: June 10, 2015

Dennis L. Howell
United States Magistrate Judge